# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN JONES, | Case No. 1:14-cv-01746-TLN-SAB |
| Plaintiff, | ORDER REFERRING PENDING MOTION TO DISMISS TO MAGISTRATE JUDGE STANLEY A. BOONE |
| v. | |
| HARVEST POWER, et al., | |
| Defendants. | |

Defendants Harvest and Sam Monaco ("Defendants") removed this action from the Tulare County Superior Court to the Eastern District of California on November 7, 2014. (ECF No. 1.) Plaintiff John Jones ("Plaintiff") filed a first amended complaint on November 13, 2014. (ECF No. 6.) On November 26, 2014, Defendants filed a motion to dismiss Plaintiff's First Amended Complaint. (ECF No. 15.)

Due to the Court's impacted caseload, the Court has reviewed the pending motion and finds that it should be referred to Magistrate Judge Stanley A. Boone for entry of findings and recommendations pursuant to 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72.

Accordingly, it is HEREBY ORDERED that:

1. The pending motion to dismiss is REFERRED to Magistrate Judge Stanley A. Boone;

2. The hearing set for January 15, 2015 at 2:00 p.m. in Courtroom 2 before District

1

Judge Troy L. Nunley, Jr. is VACATED; and

3. The parties are hereby informed that Magistrate Judge Stanley A. Boone's Chambers will set a new hearing date at the Court's convenience.

IT IS SO ORDERED.

Dated: December 3, 2014

_____
Troy L. Nunley
United States District Judge